David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
Watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
CMRE FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY L'HEUREUX, | CASE NO. 13-cv-00059-IEG-BLM |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| CMRE FINANCIAL SERVICES, INC., | |
| Defendant. | |

**TO THE COURT, PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that all parties in the above-entitled lawsuit have agreed to settle the lawsuit in its entirety. The parties anticipate that they will complete the settlement, and that the parties will file a Joint Motion to Dismiss the entire action with prejudice, and dismiss without prejudice within 45 days from the date of this Notice. The parties request that the Court take off calendar all

1

future calendared dates.  Each party shall bear its/his/their own costs and expenses.

DATED: June 25, 2013

**CARLSON & MESSER LLP**

By: /s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant
CMRE FINANCIAL SERVICES, INC.

2

NOTICE OF SETTLEMENT
13-cv-00059-IEG-BLM

07376.00:195797

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2013, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the ECF system which will send notification of such filing to the following E-mail address(es):

tfriedman@AttorneysForConsumers.com

/s/David J. Kaminski
David J. Kaminski

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

3

07376.00:195797

NOTICE OF SETTLEMENT
13-cv-00059-IEG-BLM