# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY L'HEUREUX,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>　　　　　　　　Defendant. | CASE NO. 13-CV-59-IEG (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 15] |

　　　Presently before the Court is the parties' joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  [Doc. No. 15.]  Rule 41(a)(1)(A)(ii) permits dismissal without a court order upon a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  However, because the parties have filed a motion, rather than a stipulation, the Court construes the motion to dismiss as pursuant to Rule 41(a)(2).  For good cause shown, the Court **GRANTS** the joint motion and **DISMISSES** the action with prejudice.  The clerk is directed to close the case.

　　**IT IS SO ORDERED.**

**DATED:**　July 15, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**IRMA E. GONZALEZ**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**